UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| LARRY MONTE DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY JAIL, et al., <br><br> Defendants. | Case No. 25-cv-10963-EKL <br><br> **ORDER DISMISSING MATTER WITHOUT PREJUDICE** |

On April 10, 2026, the Clerk of Court mailed Plaintiff Larry Monte Davis, a former *pro se* state detainee, an order reassigning this matter to the undersigned.  *See* ECF No. 8.  On April 24, 2026, the order was returned to the Court as undeliverable because Plaintiff was no longer in custody.  *See* ECF No. 9.  The Court has not received any communications from Plaintiff since January 6, 2026.  *See* ECF Nos. 5, 6.

Pursuant to Northern District Civil Local Rule 3-11, a *pro se* party whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address.  Civ. L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when:  (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address.  Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of *pro se* prisoner's complaint for failing to notify court of his change of address).

Here, more than 60 days have passed, and the Court has not received an updated address from Plaintiff.  Accordingly, the matter is **DISMISSED WITHOUT PREJUDICE**.  The Clerk

shall close the file.  Any request to reopen this matter must be accompanied by a notice of Plaintiff's current address.

**IT IS SO ORDERED.**

Dated: June 25, 2026

_____
Eumi K. Lee
United States District Judge